UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(EASTERN DIVISION - RIVERSIDE)

| | |
|---|---|
| HOIST FITNESS SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TUFFSTUFF FITNESS INTERNATIONAL, INC.,<br><br>Defendant.<br><br>TUFFSTUFF FITNESS INTERNATIONAL, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>HOIST FITNESS SYSTEMS, INC.<br><br>Counterdefendant. | CASE NO. 5:17-CV-01388-AB-KK<br><br>~~PROPOSED~~ **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>JUDGE HON. ANDRE BIROTTE, JR.<br><br>MAGISTRATE JUDGE HON. KENLY KIYA KATO<br><br>NOTE CHANGES MADE BY THE COURT TO THE STIPULATION pg. 2, line 11 and pg. 16, line 27 |

Before the Court is the Parties' Stipulated Protective Order. Having considered the Stipulation, and for good cause appearing therefore, the Court hereby approves the Parties' Stipulation.

**IT IS ORDERED**

Dated: December 4, 2017

_____
HONORABLE KENLY K. KATO
UNITED STATES MAGISTRATE JUDGE