JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HOIST FITNESS SYSTEMS, INC., a California corporation, | CASE NO. 5:17-CV-01388 AB (KK) |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| v. | District Judge: Hon. André Birotte Jr. |
| TUFFSTUFF FITNESS INTERNATIONAL, INC., | |
| Defendant. | |
| AND RELATED COUNTER-ACTIONS | |

# FINAL JUDGMENT

The Court, having considered the stipulation of the parties, hereby ORDERS, ADJUDGES AND DECREES:

1. Defendant TuffStuff's Accused Products do not infringe the asserted patent claims based on the Court's construction of the "pivotally mounted/ing" terms.

2. The deadline for filing any motions for attorney's fees pursuant to Fed. R. Civ. P. 54(d) and 35 U.S.C. § 285 shall be stayed pending the disposition of any appeal. *See Pharmacia & Upjohn Co. v. Mylan Pharmaceuticals, Inc*., 182 F.3d 1356, 1360 n. 2 (Fed Cir. 1999).

IT IS SO ORDERED.

Dated: September 10, 2019

_____

Hon. André Birotte Jr.
United States District Judge