UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOIST FITNESS SYSTEMS, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TUFFSTUFF FITNESS INTERNATIONAL, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 5:17-CV-01388 AB (KK)<br><br>[PROPOSED] ORDER RE DKT. NO. 306 |
| AND RELATED COUNTER-ACTIONS | |

The Court, having considered the parties' joint stipulation to stay TuffStuff's Application to Tax Costs (Dkt. No. 306), hereby ORDERS:

TuffStuff's Application to Tax Costs, all corresponding objections and replies, as well as the Clerk's determination pursuant to L.R. 54-2.4; review thereof, and any execution of TuffStuff's bill of costs is stayed pending the outcome of Hoist's appeal.

IT IS SO ORDERED.

Dated: October 10, 2019

_____
Hon. André Birotte Jr.
United States District Judge